RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Romuldo Cabada Mendoza

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROMULDO CABADA MENDOZA,

Defendant.

Case No. 2:23-cr-00133-JCM-BNW

**STIPULATION TO CONTINUE REVOCATION HEARING**
(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Verona, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Mtthews, Assistant Federal Public Defender, counsel for Romuldo Cabada Mendoza, that the Revocation Hearing currently scheduled on August 16, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Defendant has a pending new crime allegation that needs to be resolved before his revocation hearing can take place.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 14th day of August, 2023.

RENE L. VALLADARES
Federal Public Defender

By */s/ Keisha K. Matthews*
KEISHA K. MATTHEWS
Assistant Federal Public Defender

JASON M. FRIERSON
United States Attorney

By */s/ Edward G. Veronda*
EDWARD G. VERONDA
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROMULDO CABADA MENDOZA,

Defendant.

Case No. 2:23-cr-00133-JCM-BNW

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, August 16, 2023 at 11:00 a.m., be vacated and continued to **November 15, 2023, at 10:30 a.m.**; or to a time and date convenient to the court.

DATED August 14, 2023.

UNITED STATES DISTRICT JUDGE