RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Romuldo Cabada Mendoza

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00133-JCM-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| ROMULDO CABADA MENDOZA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Verona, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Romuldo Cabada Mendoza, that the Revocation Hearing currently scheduled on November 15, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.  Defendant is in the final stages of negotiating a potential non-hearing resolution. Additional time is needed for the parties to finalize those negotiations.

2.  The defendant is in custody and agrees with the need for the continuance.

3.  The parties agree to the continuance.

1. This is the second request for a continuance of the revocation hearing.

DATED this 13th day of November, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By */s/ Edward G. Veronda*<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROMULDO CABADA MENDOZA,<br><br>　　　　Defendant. | Case No. 2:23-cr-00133-JCM-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, November 15, 2023 at 10:30 a.m., be vacated and continued to **February 14, 2024, at 10:00 a.m.**

DATED November 13, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3